# In The United States Court of Federal Claims

No. 02-173X

(Filed: October 21, 2003)

---

J.L. SIMMONS COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

The oral argument on plaintiff's motion for a favorable hearing officer's report and defendant's cross motion that was originally scheduled for Wednesday, October 22, 2003, has been rescheduled to Thursday, October 23, 2003, at 10:00 a.m. (EST), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge