ORIGINAL

# In The United States Court of Federal Claims

No. 02-173X

(Filed: November 3, 2003)

FILED
NOV 3 2003
U.S. COURT OF FEDERAL CLAIMS

J.L. SIMMONS COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On October 30, 2003, the court received plaintiff's motion for leave to file a supplement to plaintiff's motion for a favorable hearing officer's report as requested by the court at the oral argument that was held in this case on October 23, 2003. Although this is an ECF case, the Clerk, hereby, is directed to file a hard copy submitted by the plaintiff.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge