# In the United States Court of Federal Claims

**02-173X**

**Filed: 12/3/2003**

**J.L. SIMMONS COMPANY,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) taken at Washington, D.C.,**
**on October 23, 2003 Before Judge Allegra**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.