CONGRESSIONAL REFERENCE

To The

UNITED STATES COURT OF FEDERAL CLAIMS

Congressional Reference No. 02-173X

| | | |
|---|---|---|
| J.L. SIMMONS COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF ACCEPTANCE

Pursuant to Appendix D (8)(b) of the Rules of the United States Court of Federal Claims, the Government accepts the report of the hearing officer.

Respectfully submitted,

PETER D. KIESLER
Associate Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Branch
8th Floor, 1100 L. St. N.W.
Washington, D.C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

May 7, 2004