**Exhibit 1**

```
To:   (unknown), [73264,776]
From: INTERNET:Daffeh_Hansford@ao.uscourts.gov, INTERNET:Daffeh_Hansford@ao.uscourts.
Date: 05/25/2004, 10:02 AM
Re:   Activity in Case 1:02-cg-00173-FMA J.L. SIMMONS COMPANY v. USA "Notice to Accep
```

```
----------------------- Internet Header --------------------------------
Sender: Daffeh_Hansford@ao.uscourts.gov
Received: from lsmav2i.gtwy.uscourts.gov (lsmav2i.gtwy.uscourts.gov [208.27.203.31])
        by siaag2ag.compuserve.com (8.12.11/8.12.7/SUN-2.15) with ESMTP id i4PE0XvG00
        for <73264.776@compuserve.com>; Tue, 25 May 2004 10:02:05 -0400 (EDT)
Received: by lsmav2i.gtwy.uscourts.gov (Postfix, from userid 23456)
        id 174C5F632; Tue, 25 May 2004 09:00:30 -0500 (CDT)
Received: from lsmav2i.gtwy.uscourts.gov (localhost [127.0.0.1])
        by lsmav2i.gtwy.uscourts.gov (Postfix) with SMTP id 9B3DFF632
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:00:24 -0500 (CDT)
Received: from lsmnsli.gtwy.dcn ([127.0.9.1])
 by lsmav2i.gtwy.uscourts.gov (SAVSMTP 3.1.1.32) with SMTP id M2004052509002431632
 for <73264.776@compuserve.com>; Tue, 25 May 2004 09:00:24 -0500
Received: from aomail01a.uscmail.dcn (aomail01a.uscmail.dcn [127.0.9.1])
        by lsmnsli.gtwy.dcn (8.12.9/8.11.6) with ESMTP id i4PE0NWR026858
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:00:24 -0500 (CDT)
MIME-Version: 1.0
Subject: Activity in Case 1:02-cg-00173-FMA J.L. SIMMONS COMPANY v. USA "Notice to
 Accept Hearing Officer's Report"
To: <73264.776@compuserve.com>
Message-ID: <OF9C170433.F25316FE-ON85256E97.0022700E-85256E9F.004CA842@uscmail.uscour
From: Daffeh_Hansford@ao.uscourts.gov
Date: Tue, 25 May 2004 09:56:41 -0400
X-MIMETrack: Serialize by Router on AOMAIL01a/M/AO/USCOURTS(Release 6.0.2CF1|June 9,
 05/25/2004 09:56:46 AM,
        Serialize complete at 05/25/2004 09:56:46 AM
Content-Type: text/html
X-Virus-Scanned: clamd / ClamAV version 0.70, clamav-milter version 0.70j
```

```
To:   (unknown), [73264,776]
From: INTERNET:Daffeh_Hansford@ao.uscourts.gov, INTERNET:Daffeh_Hansford@ao.uscourts.
Date: 05/25/2004,  9:56 AM
Re:   Activity in Case 1:02-cg-00173-FMA J.L. SIMMONS COMPANY v. USA "Notice to Accep
```

```
----------------------- Internet Header --------------------------------
Sender: Daffeh_Hansford@ao.uscourts.gov
Received: from resav1i.gtwy.uscourts.gov (resav1i.gtwy.uscourts.gov [208.27.111.22])
        by siaab1ab.compuserve.com (8.12.11/8.12.7/SUN-2.15) with ESMTP id i4PDt9vn02
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:55:15 -0400 (EDT)
Received: by resav1i.gtwy.uscourts.gov (Postfix, from userid 23456)
        id AD66C6B9AC; Tue, 25 May 2004 09:55:06 -0400 (EDT)
Received: from resav1i.gtwy.uscourts.gov (localhost [127.0.0.1])
        by resav1i.gtwy.uscourts.gov (Postfix) with SMTP id 11A576B999
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:55:06 -0400 (EDT)
Received: from resns1i.gtwy.dcn ([127.0.13.1])
 by resav1i.gtwy.uscourts.gov (SAVSMTP 3.1.1.32) with SMTP id M2004052509550532226
 for <73264.776@compuserve.com>; Tue, 25 May 2004 09:55:05 -0400
Received: from aomail01a.uscmail.dcn (aomail01a.uscmail.dcn [127.0.13.1])
        by resns1i.gtwy.dcn (8.12.9/8.11.6) with ESMTP id i4PDt5s1029486
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:55:05 -0400 (EDT)
MIME-Version: 1.0
Subject: Activity in Case 1:02-cg-00173-FMA J.L. SIMMONS COMPANY v. USA "Notice to
 Accept Hearing Officer's Report"
To: <73264.776@compuserve.com>
Message-ID: <OF9C170433.F25316FE-ON85256E97.0022700E-85256E9F.004C2D2B@uscmail.uscour
From: Daffeh_Hansford@ao.uscourts.gov
Date: Tue, 25 May 2004 09:51:26 -0400
X-MIMETrack: Serialize by Router on AOMAIL01a/M/AO/USCOURTS(Release 6.0.2CF1|June 9,
 05/25/2004 09:51:27 AM,
        Serialize complete at 05/25/2004 09:51:27 AM
Content-Type: text/html
X-Virus-Scanned: clamd / ClamAV version 0.70, clamav-milter version 0.70j
```

To: (unknown), [73264,776]
From: INTERNET:Daffeh_Hansford@ao.uscourts.gov, INTERNET:Daffeh_Hansford@ao.uscourts.
Date: 05/25/2004, 9:56 AM
Re: Activity in Case 1:02-cg-00173-FMA J.L. SIMMONS COMPANY v. USA "Notice to Accep

----------------------- Internet Header --------------------------------
Sender: Daffeh_Hansford@ao.uscourts.gov
Received: from lsmav2i.gtwy.uscourts.gov (lsmav2i.gtwy.uscourts.gov [208.27.203.31])
by siaag1ah.compuserve.com (8.12.11/8.12.7/SUN-2.15) with ESMTP id i4PDt7aC01
for <73264.776@compuserve.com>; Tue, 25 May 2004 09:55:14 -0400 (EDT)
Received: by lsmav2i.gtwy.uscourts.gov (Postfix, from userid 23456)
id 74F50F612; Tue, 25 May 2004 08:54:45 -0500 (CDT)
Received: from lsmav2i.gtwy.uscourts.gov (localhost [127.0.0.1])
by lsmav2i.gtwy.uscourts.gov (Postfix) with SMTP id 023AEF5E1
for <73264.776@compuserve.com>; Tue, 25 May 2004 08:54:43 -0500 (CDT)
Received: from lsmns2i.gtwy.dcn ([127.0.9.1])
by lsmav2i.gtwy.uscourts.gov (SAVSMTP 3.1.1.32) with SMTP id M2004052508544331209
for <73264.776@compuserve.com>; Tue, 25 May 2004 08:54:43 -0500
Received: from aomail01a.uscmail.dcn (aomail01a.uscmail.dcn [127.0.9.1])
by lsmns2i.gtwy.dcn (8.12.9/8.11.6) with ESMTP id i4PDshsh009367
for <73264.776@compuserve.com>; Tue, 25 May 2004 08:54:43 -0500 (CDT)
MIME-Version: 1.0
Subject: Activity in Case 1:02-cg-00173-FMA J.L. SIMMONS COMPANY v. USA "Notice to
Accept Hearing Officer's Report"
To: <73264.776@compuserve.com>
Message-ID: <OFF46F3598.F3C21660-ON85256E92.00388739-85256E9F.004C245E@uscmail.uscour
From: Daffeh_Hansford@ao.uscourts.gov
Date: Tue, 25 May 2004 09:51:03 -0400
X-MIMETrack: Serialize by Router on AOMAIL01a/M/AO/USCOURTS(Release 6.0.2CF1|June 9,
05/25/2004 09:51:05 AM,
Serialize complete at 05/25/2004 09:51:05 AM
Content-Type: text/html
X-Virus-Scanned: clamd / ClamAV version 0.70, clamav-milter version 0.70j

To: (unknown), [73264,776]
From: INTERNET:Daffeh_Hansford@ao.uscourts.gov, INTERNET:Daffeh_Hansford@ao.uscourts.
Date: 05/25/2004, 9:56 AM
Re: Activity in Case 1:03-cv-01720-RWG PROMATECH, INC. v. USA "Motion for Extension

```
----------------------- Internet Header --------------------------------
Sender: Daffeh_Hansford@ao.uscourts.gov
Received: from resav2i.gtwy.uscourts.gov (resav2i.gtwy.uscourts.gov [208.27.111.23])
        by siaab2ab.compuserve.com (8.12.11/8.12.7/SUN-2.15) with ESMTP id i4PDsQP201
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:55:29 -0400 (EDT)
Received: by resav2i.gtwy.uscourts.gov (Postfix, from userid 23456)
        id EE846E14F; Tue, 25 May 2004 09:54:25 -0400 (EDT)
Received: from resav2i.gtwy.uscourts.gov (localhost [127.0.0.1])
        by resav2i.gtwy.uscourts.gov (Postfix) with SMTP id 9CF8CE1DD
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:54:25 -0400 (EDT)
Received: from resns2i.gtwy.dcn ([127.0.13.1])
 by resav2i.gtwy.uscourts.gov (SAVSMTP 3.1.1.32) with SMTP id M2004052509542507295
 for <73264.776@compuserve.com>; Tue, 25 May 2004 09:54:25 -0400
Received: from aomail01a.uscmail.dcn (aomail01a.uscmail.dcn [127.0.13.1])
        by resns2i.gtwy.dcn (8.12.9/8.11.6) with ESMTP id i4PDsPcR019691
        for <73264.776@compuserve.com>; Tue, 25 May 2004 09:54:25 -0400 (EDT)
MIME-Version: 1.0
Subject: Activity in Case 1:03-cv-01720-RWG PROMATECH, INC. v. USA "Motion for
 Extension of Time to Complete Discovery"
To: <73264.776@compuserve.com>
Message-ID: <OF0C70A558.C01A0F6D-ON85256E54.006929E4-85256E9F.004C1D59@uscmail.uscour
From: Daffeh_Hansford@ao.uscourts.gov
Date: Tue, 25 May 2004 09:50:45 -0400
X-MIMETrack: Serialize by Router on AOMAIL01a/M/AO/USCOURTS(Release 6.0.2CF1|June 9,
 05/25/2004 09:50:47 AM,
        Serialize complete at 05/25/2004 09:50:47 AM
Content-Type: text/html
X-Virus-Scanned: clamd / ClamAV version 0.70, clamav-milter version 0.70j
```