**CONGRESSIONAL REFERENCE**
**To The**
**UNITED STATES COURT OF FEDERAL CLAIMS**

**Congressional Reference No. 02-173X**

| | |
|---|---|
| **J. L. SIMMONS COMPANY, INC.** | |
| **Plaintiff,** | **Judge Allegra** |
| **v.** | |
| **THE UNITED STATES** | |
| **Defendant** | |

**PLAINTIFF'S NOTICE OF EXCEPTION TO HEARING OFFICER'S REPORT**

Pursuant to Appendix D (8)(a) of the Court's Rules, Plaintiff objects to the Hearing Officer's Report

Respectfully submitted,

Dated: May 26, 2004

s/Christopher M. McNulty

Christopher M. McNulty, Esquire
Attorney for Plaintiff

King & King
Suite 400
7531 Leesburg Pike
Falls Church, Virginia 22043

Tel: (703) 564-0164
Fax: (703) 564-0168
Email: 73264.776@compuserve.com