# In the United States Court of Federal Claims

**No. 02-173X**
**(Filed: August 2, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **J.L. SIMMONS COMPANY, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Thursday, September 2, 2004, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff (703) 564-0164 and counsel for defendant (202) 616-0391. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Presiding Officer