# In the United States Court of Federal Claims

**No. 02-173X**
**(Filed: September 2, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **J.L. SIMMONS COMPANY, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

**O R D E R**

Based on the telephone status conference of Thursday, September 2, 2004, the court **ORDERS** the following:

The plaintiff shall file its brief by **Monday, September 27, 2004**.

The government shall file its response by **Wednesday, October 27, 2004**.

The plaintiff shall file its reply by **Monday, November 15, 2004**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Presiding Officer