**CONGRESSIONAL REFERENCE**
**To The**
**UNITED STATES COURT OF FEDERAL CLAIMS**

---

**Congressional Reference No. 02-173X**

---

| | | |
|---|---|---|
| **J. L. SIMMONS COMPANY, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Judge Firestone** |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S EXHIBIT 5**

U.S. HOUSE OF REPRESENTATIVES

# COMMITTEE ON THE JUDICIARY

SUBCOMMITTEE ON IMMIGRATION AND CLAIMS

ONE HUNDRED SEVENTH CONGRESS

RULES OF PROCEDURE
FOR PRIVATE CLAIMS BILLS

## RULES OF PROCEDURE FOR THE CONSIDERATION OF PRIVATE CLAIMS BILLS

In connection with its jurisdiction over claims, the subcommittee considers private bills extending relief to individuals who have no other existing remedy. The right to petition for a redress of grievances is guaranteed by the first amendment to the Constitution. When called upon to decide whether relief should be granted to persons seeking redress of grievances, the subcommittee is guided by principles of equity and justice. The task of the subcommittee is to determine whether the equities and circumstances of a case create a moral obligation on the part of the Government to extend relief to an individual.

House rule XI provides that the rules of the House are the rules of its committees and subcommittees so far as they are applicable to committee and subcommittee functions. That rule contains specific provisions concerning committee operation and further, in rule XI (2), provides for written committee rules which are to be consistent with the rules of the House. Subject to these requirements, each committee is free to prescribe additional rules it finds necessary to conduct its business. This is recognized in Judiciary Committee rule I which expressly incorporates the applicable House rules. The balance of the committee's rules are addressed to subjects and situations which, from a procedural standpoint, are peculiar to it: Days of the meetings; publication of agenda; hearings; proxy voting; broadcasting; jurisdiction, powers, and duties of standing subcommittees; and non-legislative reports. Committee rule VII provides that—

> * * * Subcommittee chairmen shall set dates for hearings and meetings of their respective subcommittees after consultation with the chairman and other subcommittee chairmen with a view toward avoiding simultaneous scheduling of full Committee and subcommittee meetings or hearings whenever possible.

The Subcommittee rules set out in this booklet implement these purposes and principles. These rules have been developed based upon the past exercise of its jurisdiction over private legislation and are intended to im-