CONGRESSIONAL REFERENCE

To The

UNITED STATES COURT OF FEDERAL CLAIMS

Congressional Reference No. 02-173X

| | | |
|---|---|---|
| J.L. SIMMONS COMPANY, INC., Plaintiff, | ) | |
| v. | ) | (Review Panel) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S OUT OF TIME MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 49 days, to and including December 8, 2004, within which to respond to plaintiff's review panel brief. Defendant's response to plaintiff's review panel brief was due on October 20, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff opposes this motion.

Defendant's counsel of record is currently conducting the trial of Daewoo Eng. and Const. Co. Ltd. v. United States, Fed. Cl. No. 02-1914C. The trial is being conducted in Honolulu, Hawaii and the parties are currently involved in a site visit in the Republic of Palau, a remote island in the Pacific Ocean. The Daewoo trial commenced on October 18, 2004, and defendant's counsel was required to leave Washington, D.C. on October 11, 2004, to prepare for the trial. The site visit in the Republic

of Palau will conclude on November 8, 2004, and the trial is expected to last until approximately November 22, 2004. When preparing to leave Washington, D.C., Defendant's counsel was aware of the due date for the review panel brief in this case but was unable, due to the press of the trial, to make meaningfull progress or to complete defendant's review panel brief prior to the due date of October 20, 2004. In addition, defendant's counsel failed to timely move for an enlargement of time for much of the same reason, compounded by the difficulties in obtaining access to the Department of Justice computer system from Hawaii and from the Republic of Palau, from which communications are difficult, at best. Defendant's counsel apologizes to the Court and to the plaintiff for the failure to timely submit this motion, regrets any inconvenience it has caused, and will work to ensure that a similar problem does not recur.

Due to the extended nature of the trial, defendant's counsel requires sufficient time after the adjournment of the Daewoo trial to complete the defendant's review panel brief. For this reason, the requested enlargment of time is necessary for a complete evaluation of the plaintiff's review panel arguments, to completely formulate our response, obtain the appropriate approval, and oversee its filing.

For the foregoing reasons, we respectfully request the Court to grant our out of time motion for an enlargement of time of 49 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Branch
8th Floor, 1100 L. St. N.W.
Washington, D.C. 20530

Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

November 3, 2004

CERTIFICATE OF FILING

I hereby certify that on November 4, 2004, a copy of the foregoing "DEFENDANT'S OUT OF TIME MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith