# In the United States Court of Federal Claims

**No. 02-173X**
**(Filed: November 9, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **J.L. SIMMONS COMPANY, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

The court is in receipt of defendant's motion, filed November 3, 2004, for a 49-day enlargement of time and plaintiff's opposition, filed November 4, 2004. Defendant motion is **GRANTED**. Accordingly, the deadlines are as follows:

| | |
|---|---|
| **December 8, 2004** | Defendant's response |
| **January 4, 2005** | Plaintiff's reply |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Presiding Officer