**CONGRESSIONAL REFERENCE**

**To The**
**UNITED STATES COURT OF FEDERAL CLAIMS**

**Congressional Reference No. 02-173X**

| | | |
|---|---|---|
| **J. L. SIMMONS COMPANY, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Judge Firestone** |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THE EXHIBITS TO ITS REPLY TO DEFENDANT'S REVIEW PANEL BRIEF OUT OF TIME**

Plaintiff respectfully requests leave to file the exhibits cited in its reply to Defendant's Review Panel Brief out of time. By Order, dated November 9, 2004, the date fixed for the filing of plaintiff's reply was yesterday, January 4, 2005. Plaintiff was able to file its reply, but due to software problems required to operate its counsel's scanner, was not able to scan and convert its exhibits to the PDF file format required. The problem was not discovered until after the scanner manufacturer's technical support offices were closed for the day. In an effort to surmount the problem, plaintiff's counsel took the exhibits to a commercial vendor, had them scanned and converted to the required PDF format on his way home from his offices with the intention of filing plaintiff's reply and exhibits from home. Plaintiff was able to file its reply, but either the

vendor scanned and stored the PDF file for the exhibits in such a way that the file was too large to be accepted by the Court or some other unknown technical problem prevented plaintiff from filing its exhibits. Plaintiff's counsel has been able to fix the software problem with its scanner and has now scanned its exhibits, which accompany this motion. Plaintiff's counsel has called to discuss this motion with counsel for defendant, but was not able to reach him. Plaintiff does not anticipate that there will be any opposition to its motion.

Respectfully submitted,

Date: January 5, 2005

s/Christopher M. McNulty

Christopher M. McNulty

King & King, Chartered
Suite 400
7531 Leesburg Pike
Falls Church, Virginia 22043

(703) 564-0164