# In the United States Court of Federal Claims

**No. 02-173X**
**(Filed: February 4, 2005)**

* * * * * * * * * * * * * * * * *
*
**J.L. SIMMONS COMPANY, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of plaintiff's motion, filed January 5, 2005, for leave to file the exhibits to its reply to defendant's review panel brief. Defendant has not filed an opposition. Accordingly, plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Presiding Officer