United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, D.C. 20005

CHAMBERS OF
CHIEF JUDGE EDWARD J. DAMICH
(202) 357-6483
FAX: (202) 357-6490

April 25, 2005

Ms. Emily J. Reynolds
Secretary of the Senate
Capitol S-312
Washington, DC 20510-7100

Re: J. L. SIMMONS, INC. V. UNITED STATES,
(Congressional Reference No. 02-173 X)

Dear Ms. Reynolds:

S. Res. 83, agreed to on December 20, 2001, referred S. 846, a bill for the relief of J. L. Simmons, Inc., to the Chief Judge of the United States Court of Federal Claims. I hereby transmit certified copies of the following: Report of the Hearing Officer, filed April 15, 2004; and Report of the Review Panel, filed March 23, 2005.

Please contact Brian Bishop, Clerk of the Court, if you should need further assistance on this referral.

Very truly yours,

Edward J. Damich

Edward J. Damich
Chief Judge

Enclosures

cc: (without enclosures)
Brian Bishop, Clerk of the Court
Judge Nancy B. Firestone, Presiding Officer, Review Panel
Christopher M. McNulty, Esq., Counsel for Plaintiff
Brian Spencer Smith, Esq., Counsel for Defendant